costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

The Lawrence Park Realty Company, Respondent, v. The Allemania Fire Insurance Company of Pittsburg, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

William E. Lindstedt, Jr., Respondent, v. James Bliss Coombs, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ.

James McCool, Respondent, v. Hugh Thomas, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

The Nassau Trust Company of the City of Brooklyn, as Executor of and Trustee under the Last Will and Testament of Lur Wintjen, Deceased, Appellant, v. George Wintjen, Respondent, Impleaded with Margaret Maiselbach and Others, Respondents and Appellants, and Others.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Thomas, JJ., concurred; Burr, J., not voting.

New York Telephone Company, Respondent, v. Thomas Hart, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

William C. O'Keeffe and Arthur J. O'Keeffe, Composing the Firm of William C. O'Keeffe & Son, Respondents, v. The Williams Engineering and Contracting Company, a Domestic Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Olaf P. Olsen, Respondent, v. Arthur McMullen and Charles McDermott, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ.

Berger A. Olsen, Respondent, v. Newark Meadows Improvement Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Carr, JJ., concurred; Burr, J., dissented.

Edith Y. Price, Appellant, v. Ephriam A. Walker, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Cassius Hotaling, Appellant.— Judgment of conviction of the County Court of Dutchess county and order affirmed. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

The People of the State of New York ex rel. Thomas P. Peters, as Sole Surviving Executor, etc., of Bernard Peters, Deceased, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

The People of the State of New York ex rel. Brooklyn Union Publishing Company, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disburse- ·